UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES O'SHEA,<br><br>    Plaintiff,<br><br>v.<br><br>DESHAWN MADHA,<br><br>    Defendant. | Case No. 23-cv-04022-TLT<br><br>**ORDER OF DISMISSAL** |

On October 30, 2023, the Court denied plaintiff's motion to proceed *in forma pauperis* (IFP) and directed plaintiff to pay the full filing fee within 14 days or the case would be dismissed without prejudice. ECF 5. That deadline has passed, and plaintiff has not paid the full filing fee. This action is therefore DISMISSED. The clerk shall terminate all pending motions, enter judgment for defendant, and close the file.

**IT IS SO ORDERED.**

Dated: December 1, 2023

                                            TRINA L. THOMPSON
                                            United States District Judge